UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>**MARC ANDREAS LIECHTI**,<br><br>Debtor. | Case No. **14-61228-7** |
| **MOLLY SCHWARZ**,<br><br>Plaintiff.<br>-vs-<br>**MARC ANDREAS LIECHTI**,<br><br>Defendant. | Adv No. **15-00004** |

**O R D E R**

At Butte in said District this 28th day of December, 2015.

Upon review of Defendant's unopposed motion for extension of time for appeal, filed December 28, 2015, and good cause appearing therein,

**IT IS ORDERED** Defendant's unopposed motion for extension of time for appeal, filed December 28, 2015, is granted; and **NOTICE HEREBY IS GIVEN** Defendant is granted until **January 20, 2016**, to file a notice of appeal.

*/s/ Ralph B. Kirscher*
Honorable Ralph B. Kirscher
Chief U.S. Bankruptcy Judge