# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>**MARC ANDREAS LIECHTI**,<br><br>Debtor.<br><br>MOLLY SCHWARZ,<br><br>Plaintiff.<br><br>-vs-<br><br>**MARC ANDREAS LIECHTI**,<br><br>Defendant. | Case No. **14-61228-7**<br><br><br><br>Adv No. **15-00004** |

# J U D G M E N T

At Butte in said District this 16th day of December, 2015.

This adversary proceeding having come on for trial before this Court, Hon. Ralph B. Kirscher, United States Bankruptcy Judge, presiding, and the issues having been duly considered and a Memorandum of Decision having been entered on this date, NOW THEREFORE,

**IT IS ORDERED** and **Adjudged** and **JUDGMENT** is entered against the Defendant/Debtor Marc Andreas Liechti and in favor of the Plaintiff Molly Schwarz as follows: The discharge of Defendant/Debtor Marc Andreas Liechti is **DENIED** for

making false oaths in connection with his bankruptcy case under 11 U.S.C. § 727(a)(4)(A).

**IT IS FURTHER ORDERED** Plaintiff's second claim for relief seeking exception from discharge under 11 U.S.C. § 523(a)(4) is dismissed.

_____
Honorable Ralph B. Kirscher
Chief U.S. Bankruptcy Judge