James A. Patten (ID No. 1191)
**PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.**
2817 2nd Ave. North, Suite 300
Billings, MT  59101
Telephone:  (406) 252-8500
Facsimile:  (406) 294-9500
Email:  apatten@ppbglaw.com

Attorney for Plaintiff

## IN THE UNITED STATES BANKRUPTCY COURT

## IN THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE:  )<br>  )<br>MARC ANDREAS LIECHTI,  )<br>  )<br>Debtors.  )<br>_____) | Case No.  14-61228-7 |
| )<br>MOLLY SCHWARZ,  )<br>  )<br>Plaintiff,  )<br> v.  )<br>  )<br>MARC ANDREAS LIECHTI,  )<br>  )<br>Defendant.  )<br>_____) | Adv. No. 15-00004<br><br>**APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD** |

Molly Schwarz, Plaintiff and Appellee above named, pursuant to Bankruptcy Rule 8009(a)(2) designates the following additional items to be included in the record on appeal:

    1.    Brief filed by Molly Schwarz [Doc. #46];

    2.    Brief filed by Marc Andreas Liechti [Doc. #47];

    3.    Notice of Errata regarding Plaintiff's Post Trial Brief [Doc. #48];

1

4.  Brief filed by Molly Schwarz [Doc. #49].

DATED this 25th day of February, 2016.

                                      **PATTEN, PETERMAN, BEKKEDAHL & GREEN P.L.L.C.**
                                      2817 Second Ave. North, Suite 300
                                      Billings, MT  59101


                              By: /s/ *JA Patten*_____
                                  James A. Patten
                                  Attorney for Plaintiff, Molly Schwarz


## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify, under penalty of perjury, that on the 25th day of February, 2016, a copy of the foregoing was electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/entities who are not ECF registered users: None.


                              By: /s/JA Patten_____
                                  For Patten, Peterman, Bekkedahl & Green