Harold V. Dye
I.D. #408
Dye & Moe, P.L.L.P.
120 Hickory Street, Suite B
Missoula, Montana 59801-1820
Telephone (406) 542-5205
Fax (406) 721-1616
hdye@dyemoelaw.com
Attorney for Appellant

UNITED STATES DISTCT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re | USDC 16-CV-00010- DLC |
| MARC ANDREAS LIECHTI, | Case No. 14-61228-7 |
| Debtor. | Adversary Proceeding No. 15-04 |
| MOLLY SCHWARZ, | **DESIGNATION OF RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL** |
| Plaintiff and Appellee, | |
| v. | |
| MARC ANDREAS LIECHTI, | |
| Defendant and Appellant. | |

Pursuant to Rule 8006, F.R.Bank.P., Appellants designate the following as the record on appeal and the issues on appeal.

### Record on Appeal

1. Complaint [Doc. # 1].

1

2. Answer [Doc. # 2].

3. Pre-trial Order [Doc. # 22, 25].

4. Request for Judicial Notice [Doc. 27].

5. Exhibits received in evidence.

6. Trial Transcript [Doc. # 57].

7. Memorandum of Decision [Doc. # 50].

8. Judgment [Doc. # 51].

9. Notice of Appeal [Doc. # 58].

10. Docket entries.

## Issues on Appeal

1. Whether the Bankruptcy Court's findings that Debtor acted with fraudulent intent and the omissions in the schedules were material to the admiration of the estate were supported by substantial evidence?

2. Whether the Bankruptcy Court arbitrarily disregarded the uncontradicted and unimpeached testimony of the Trustee that the omissions at issue were not material to estate administration?

3. Whether the Bankruptcy Court was justified in finding that Debtor acted with fraudulent intent in the fact of uncontradicted and unimpeached testimony from the Trustee that Debtor was completely open and cooperative in his dealings with her?

Dated: February 23, 2016.

                DYE & MOE, P.L.L.P.


                */s/ Harold V. Dye*_____
                Harold V. Dye

## CERTIFICATE OF SERVICE

      I, the undersigned certify under penalty of perjury that on February 23, 2016 copies of the foregoing Designation Of Record On Appeal And Statement Of Issues On Appeal were served electronically by ECF notice to all persons/ entities requesting special notice or otherwise entitled to same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/ entities who are not ECF registered users

                */s/ Harold V. Dye*_____
                Harold V. Dye